UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| USA,<br><br>                Plaintiff,<br><br>   v.<br><br>PARIS PETERSON,<br><br>                Defendant. | CASE NO. 3:22-cr-05068-DGE-1<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE (DKT. NO. 36) |

Before the Court is Defendant Paris Peterson's Motion for Early Termination of Supervised Release. (Dkt. No. 36.)

On May 14, 2010, Peterson was convicted of armed bank robbery and sentenced to 151 months in custody followed by five years of supervised release. (Dkt. No. 2-4.) Peterson began supervised release on November 15, 2021 and it will expire on November 14, 2026. (Dkt. No. 37 at 1.) Just over one year of supervised release remains.

The government has not filed any opposition to the motion. Probation indicates it is "unable to endorse early termination" because of the "nature and circumstances of Mr. Peterson's instant offense." (*Id.* at 2.) Despite this, Probation identifies that Peterson "has performed well on supervision and is deserving of our commendation." (*Id.*) Peterson has been employed as a delivery driver since November 2024. (*Id.* at 1.) He lives with his significant other who "appears to be prosocial." (*Id.*) Peterson has remained communicative while on

ORDER GRANTING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE (DKT. NO. 36) - 1

1 | supervision, made himself available as required, and has complied with urinalysis testing. (*Id*. at
2 | 2.) As of March 2023, restitution has been paid in full. (*Id*.) Accordingly, the record indicates
3 | Peterson has reached maximum benefit from supervision.

4 | Pursuant to 18 U.S.C. § 3583(e), and after having considered the factors set forth in 18
5 | U.S.C. § 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7), the Court
6 | finds Peterson has established the basis to grant his request for early termination of supervised
7 | release. Accordingly, Peterson's Motion for Early Termination of Supervised Release (Dkt. No.
8 | 36) is GRANTED. Peterson's term of supervised release is terminated, effective immediately.

9 | The Clerk of the Court is directed to send copies of this order to all counsel of record, and
10 | to the United States Probation Office.

11 | Dated this 16th day of October, 2025.

David G. Estudillo
United States District Judge

ORDER GRANTING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE (DKT. NO. 36) - 2